**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Dr. Bonagh Dalton,

           Plaintiff,                      Civil No. 10-854 (RHK/RLE)

vs.                                              **ORDER**

Regents of the University of Minnesota,
CentraCare Health System, Inc.,

           Defendants.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: March 22, 2010

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge